

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

April 9, 2026

2026-1575 - Jackler v. DOJ

# NOTICE OF NON-COMPLIANCE

The document (Motion for Leave to Brief as Amici Curiae and Proposed Amici Curiae Brief) submitted by American Federation of Government Employees, American Federation of Labor and Congress of Industrial Organizations, et al is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

## **MOTION**

- All counsel whose names appear on a filing must submit an entry of appearance (except for supervisory government officials listed in an ex officio capacity). Fed. Cir. R. 47.3(b)(1).

- The document does not contain a Certificate of Interest. Fed. Cir. R. 47.4(b).

- The filing does not include a certificate of compliance with the word/line count. The certificate of compliance must state the exact word count or line count. Fed. R. App. P. 32(g)(1). Refer to the Practice Notes to Rule 32 (Certificate of Compliance).

## **BRIEF**

- All counsel whose names appear on a filing must submit an entry of appearance (except for supervisory government officials listed in an ex officio capacity). Fed. Cir. R. 47.3(b)(1).

- The brief does not include the statement of the source of the amicus curiae's authority to file the brief. During initial merits consideration, an amicus curiae may file a brief only by leave of court or if the brief states that all

parties have consented to its filing (this does not apply to the federal government). Fed. R. App. P. 29(a)(2).

- The filing does not include a certificate of compliance with the word/line count. The certificate of compliance must state the exact word count or line count. Fed. Cir. R. 29(b). Refer to the Practice Notes to Rule 32 (Certificate of Compliance).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover, if applicable. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket. An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. Cir. R. 45(a).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: M. Hull, Deputy Clerk