

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

April 10, 2026

2026-1575 - Jackler v. DOJ

# NOTICE OF NON-COMPLIANCE

The document (Motion for Leave to Brief as Amicus Curiae and Proposed Amici Curiae Brief) submitted by Justice Connection is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The court notes that the contact information for Jeremy Wright included on the document does not match the information associated with the individual's Pacer account. Please ensure the corrected document includes up-to-date contact information. If that information differs from the most recent appearance form, please also file an amended appearance as a separate docket entry. Please also update the individual's contact information through the PACER Service Center. Fed. Cir. R. 25(a)(5). Note: a corrected version of this document must still be filed even if the contact information on the document is accurate.

- All counsel whose names appear on a filing must submit an entry of appearance (except for supervisory government officials listed in an ex officio capacity). Fed. Cir. R. 47.3(b)(1).

- The documents do not contain a Certificate of Interest. Fed. Cir. R. 47.4(b). *Clerk's note: Both the motion and proposed amicus brief must include a certificate of interest. Additionally, a certificate of interest must be separately filed. Fed. Cir. R. 47.4(b).*

- The filing does not include a certificate of compliance with the word/line count. The certificate of compliance must state the exact word count or line count. Fed. Cir. R. 29(b); Fed. R. App. P. 32(g)(1). Refer to the Practice Notes to Rule 32 (Certificate of Compliance).

* * *

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover, if applicable. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. Cir. R. 45(a).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: M. Hull, Deputy Clerk