NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEGAN JACKLER, BRANDON JAROCH,**
*Petitioners*

**v.**

**DEPARTMENT OF JUSTICE, DIRECTOR OF THE OFFICE OF PERSONNEL MANAGEMENT,**
*Respondents*

---

2026-1575

---

Petition for review of the Merit Systems Protection Board in Nos. CF-0752-26-0069-I-1, DA-0752-25-0328-I-1, DA-0752-25-0330-I-1.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

The Department of Justice and Director of the Office of Personnel Management move unopposed for a thirty-day extension of time until May 15, 2026, by which to file a response to the petition for hearing en banc.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions will be granted.

FOR THE COURT

April 14, 2026
Date

Jarrett B. Perlow
Clerk of Court