NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEGAN JACKLER, BRANDON JAROCH,**
*Petitioners*

**v.**

**DEPARTMENT OF JUSTICE, DIRECTOR OF THE OFFICE OF PERSONNEL MANAGEMENT,**
*Respondents*

---

2026-1575

---

Petition for review of the Merit Systems Protection Board in Nos. CF-0752-26-0069-I-1, DA-0752-25-0328-I-1, DA-0752-25-0330-I-1.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

American Federation of Government Employees, American Federation of State, County & Municipal Employees, International Federation of Professional and Technical Engineers, National Federation of Federal Employees, International Association of Machinists and

2                                                                                    JACKLER v. DOJ

Aerospace Workers, American Federation of Labor and Congress of Industrial Organizations move for leave to file a brief as amici curiae in support of hearing en banc [ECF No. 25].

Justice Connection moves for leave to file a brief as amicus curiae in support of hearing en banc [ECF No. 28].

Chris Van Hollen, Senator Angela Alsobrooks, Senator Tim Kaine, Senator Andy Kim, Senator Gary Peters, and Senator Mark Warner move for leave to file a brief as amici curiae in support of hearing en banc [ECF No. 31].

Merit Systems Protection Board Professional Association moves for leave to file a brief as amicus curiae in support of hearing en banc [ECF No. 36].

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The amicus briefs are accepted for filing.

FOR THE COURT

April 15, 2026
Date

Jarrett B. Perlow
Clerk of Court