

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

April 20, 2026

2026-1575 - Jackler v. DOJ

# NOTICE OF NON-COMPLIANCE

The paper copies provided to the court by American Federation of Government Employees, American Federation of Labor and Congress of Industrial Organizations, International Federation of Professional and Technical Engineers, National Federation of Federal Employees, American Federation of State, County & Municipal Employees, and International Association of Machinists and Aerospace Workers are not in compliance with the rules of this court. Within <u>five</u> business days from the date of this notice, please submit compliant paper copies that correct the following identified deficiencies:

- The court received paper copies of an outdated version of the document. Paper copies of only the most recent corrected version must be provided to the court. Fed. Cir. R. 25(c)(3)(F).

\* \* \*

<u>A party's failure to timely file corrected paper copies curing all defects identified on this notice may result in adverse action.</u>

An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

Upon receipt of corrected paper copies, the Clerk's Office will appropriately dispose of the non-compliant versions previously provided.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: C. Lincoln, Deputy Clerk