

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

June 12, 2026

2026-1575 - Jackler v. DOJ

# NOTICE OF NON-COMPLIANCE

The document (Amicus Curiae Brief) submitted by Environmental Protection Network, Union of Concerned Scientists, and Center for Open Science is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- All counsel whose names appear on a filing must submit an entry of appearance (except for supervisory government officials listed in an ex officio capacity). Fed. Cir. R. 47.3(b)(1).

- The contents of the brief may not appear in the correct order. Fed. R. App. P. 29 (a)(4).

  *[Clerk's Note: While the statements under FRAP 29(a)(4)(D) and(E) are not required to appear after the table of contents, the statements are not excluded from the page/word limit under FRAP 32(f) and FCR 32(b)(2).]*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover, if applicable. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. Cir. R. 45(a).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: M. Ames, Deputy Clerk