

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

June 12, 2026

2026-1575 - Jackler v. DOJ

# NOTICE OF NON-COMPLIANCE

The document (Amicus Curiae Brief) submitted by American Federation of Government Employees, American Federation of Labor and Congress of Industrial Organizations, International Federation of Professional and Technical Engineers, National Federation of Federal Employees, American Federation of State, County & Municipal Employees, and International Association of Machinists and Aerospace Workers is not in compliance with the rules of this court. Within **CHOOSE AN ITEM** days from the date of this notice, please submit a corrected version of this document correcting the following:

- Any reference in a brief to the underlying record or to material authorized to be included in an appendix must be to the corresponding appendix page number(s) and follow the format prescribed by the court's Electronic Filing Procedures ("Appendix Formatting"). Fed. Cir. R. 28(f); Fed. Cir. R. 29(c). Pet. Appx. at 11, 13, 14-15, 16 on page 15 is an example of improper format.

- The addendum contains material not permitted under Fed. R. App. P. 28(f), Fed. Cir. R. 28(c)(1), or Fed. R. App. P. 32.1(b).

  *[Clerk's Note: If the attachments are record material for a separate appendix, leave of the court is required under FCR 29(c). A cover, table of contents, and pagination are required for the appendix.]*

- The filing is not completely text-searchable. When refiling a corrected version of this document, please make the document text-searchable in its entirety. Fed. Cir. R. 25(a)(1)(A). Refer to the court's Electronic Filing Procedures ("Portable Document Format (PDF)").

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover, if applicable. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket. An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. Cir. R. 45(a).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: M. Ames, Deputy Clerk