# United States Court of Appeals
# for the Federal Circuit

———————————

**MEGAN JACKLER, BRANDON JAROCH,**
*Petitioners*

**v.**

**DEPARTMENT OF JUSTICE, DIRECTOR OF THE OFFICE OF PERSONNEL MANAGEMENT,**
*Respondents*

———————————

2026-1575

———————————

Petition for review of the Merit Systems Protection Board in Nos. CF-0752-26-0069-I-1, DA-0752-25-0328-I-1, DA-0752-25-0330-I-1.

———————————

## ON PETITION FOR HEARING EN BANC

———————————

NATHANIEL AVI GIDEON ZELINSKY, Washington Litigation Group, Washington, DC, filed a petition for hearing en banc for petitioners. Also represented by ROSA BAUM, MARY LYLE DOHRMANN, SYDNEY FOSTER, JAMES PEARCE; ROBERT PETER ERBE, Law Office of Robert P. Erbe, PLLC, Tucson, AZ.

DANIEL J. AGUILAR, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC, filed a response to the petition for respondents. Also represented by BRETT SHUMATE.

2                                              JACKLER v. DOJ

———————————

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[1]

PER CURIAM.

## O R D E R

Megan Jackler and Brandon Jaroch (collectively, "petitioners") filed a petition for initial hearing en banc. A response to the petition was invited by the court and filed by the government. The court also accepted amicus briefs filed by American Federation of Government Employees, American Federation of State, County and Municipal Employees, International Federation of Professional and Technical Engineers, National Federation of Federal Employees, International Association of Machinists and Aerospace Workers, American Federation of Labor and Congress of Industrial Organizations; Justice Connection; Senators Chris Van Hollen, Angela Alsobrooks, Tim Kaine, Andy Kim, Gary Peters, Mark Warner; Whistleblower Aid; and Merit Systems Protection Board Professional Association.

The petition and response were referred to the circuit judges in regular active service. A poll was requested and taken, and the court decided that the petition for review warrants en banc consideration.

Accordingly,

IT IS ORDERED THAT:

(1) The petition for hearing en banc is granted.

———————————

[1]    Circuit Judge Newman did not participate.

JACKLER v. DOJ                                            3

(2) The parties are requested to file new briefs.[2]
Petitioners' en banc opening brief is due on July
14, 2026. The government's en banc response is
due within 45 days of petitioners' en banc open-
ing brief, and petitioners' reply brief within
30 days of the response brief. The joint appen-
dix is due within 7 days of the reply brief. The
court requires 30 paper copies of all briefs and
appendices provided by the filer within 5 busi-
ness days from the date of electronic filing of the
document. The parties' briefs must comply with
Fed. Cir. R. 32(b)(1). No extensions will be
granted.

(3) Any briefs of amici curiae may be filed without
consent and leave of the court.[3] Any amicus
brief supporting petitioners' position or sup-
porting neither position must be filed within
14 days after service of petitioners' en banc
opening brief. Any amicus brief supporting the
government's position must be filed within
14 days after service of the government's re-
sponse brief. Amicus briefs must comply with
Fed. Cir. R. 29(b). Any motion requesting leave
to file an amicus brief that remains pending at
the time this order issues is denied as moot.

---

[2]  We appreciate that petitioners have already filed
an opening brief in this case. *See* ECF Nos. 64, 92. This
order, in requesting new briefing, expresses no view as to
the substantive adequacy of that brief.

[3]  We also appreciate that certain briefs of amici cu-
riae have already been filed in support of petitioners' open-
ing brief. *See, e.g.*, ECF No. 65. These briefs will not be
considered. Amici will have an opportunity to file new
briefs in accordance with the procedures set forth above.

4                                                    JACKLER v. DOJ

(4) Oral argument will be held at a time and date
    to be announced later.

FOR THE COURT



June 17, 2026                              Jarrett B. Perlow
Date                                        Clerk of Court