NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEGAN JACKLER, BRANDON JAROCH,**
*Petitioners*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

**DEPARTMENT OF JUSTICE,**
*Intervenor*

---

2026-1575

---

Petition for review of the Merit Systems Protection Board in Nos. CF-0752-26-0069-I-1, DA-0752-25-0328-I-1, DA-0752-25-0330-I-1.

---

**ON MOTION**

---

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[1]

---

[1]    Circuit Judge Newman did not participate.

2                                                                        JACKLER v. MSPB

PER CURIAM.

# O R D E R

The Department of Justice moves unopposed for leave to intervene in the above-captioned appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.

(2)   The intervenor's brief is due within 45 days of petitioners' en banc opening brief.

(3)  The revised official caption is reflected above.

FOR THE COURT

June 30, 2026
Date

Jarrett B. Perlow
Clerk of Court