

**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

July 27, 2026

2026-1575 - Jackler v. MSPB

# NOTICE OF NON-COMPLIANCE

The Motion for Leave to File Entry of Appearance submitted by American Immigration Lawyers Association is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The filer used an incorrect filing event. When refiling a corrected version of this document, please use the following event: **Motion**. Refer to the court's [Electronic Filing Procedures](Electronic Filing Procedures) ("Filing").

- The title does not identify for whom the document is filed. Fed. R. App. P. 27(d)(1)(B).

- The document does not contain a Certificate of Interest (COI). Fed. Cir. R. 47.4(b). *Clerk's Note: AILA has satisfied the requirement to separately file a COI, but a COI is also required to be included in the motion.*

- The motion does not contain a statement of consent/opposition. Fed. Cir. R. 27(a)(2).

- The filing does not include a certificate of compliance with the word/line count. Fed. R. App. P. 32(g)(1).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover, if applicable. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket. An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. Cir. R. 45(a).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: M. Lichtenberg, Deputy Clerk