

**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

July 28, 2026

2026-1575 - Jackler v. MSPB

# NOTICE OF NON-COMPLIANCE

The Brief Amicus Curiae of Justice Connection is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The cover of an amicus brief must indicate whether the brief supports affirmance or reversal and must identify the party or parties supported or indicate neither party. Fed. R. App. P. 29(a)(4).

- The selected font size is improper. When using a proportionally spaced typeface, the font must include serifs and be 14-point or larger (including footnotes). Fed. R. App. P. 29(a)(4); Fed. R. App. P. 32(a)(5). Refer to the Practice Notes to Rule 32 (Print Size of Briefs; Footnotes).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover, if applicable. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket. An</u>

appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. Cir. R. 45(a).

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

By: M. Lichtenberg, Deputy Clerk