NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEGAN JACKLER, BRANDON JAROCH,**
*Petitioners*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

**DEPARTMENT OF JUSTICE,**
*Intervenor*

---

2026-1575

---

Petition for review of the Merit Systems Protection Board in Nos. CF-0752-26-0069-I-1, DA-0752-25-0328-I-1, DA-0752-25-0330-I-1.

---

**SUA SPONTE**

---

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[1]

PER CURIAM.

**O R D E R**

In our order granting en banc review in this case, we set a schedule for briefing but deferred setting a date for oral argument. ECF No. 109. We now set oral argument for Thursday, December 10, 2026, at 10 a.m.

Accordingly,

IT IS ORDERED THAT:

Oral argument will be held on December 10, 2026, at 10 a.m. in Courtroom 402. Each side will receive 30 minutes (including rebuttal). Counsel for Respondent and Intervenor should confer and agree on the apportionment of argument time.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 31, 2026
Date

[1] Circuit Judge Newman did not participate.