**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

| | |
|---|---|
| MEGAN JACKLER, BRANDON JAROCH,<br>*Petitioners*,<br><br>v.<br><br>MERIT SYSTEMS PROTECTION BOARD,<br>*Respondent,*<br><br>DEPARTMENT OF JUSTICE,<br>*Intervenor*. | No. 26-1575 |

UNOPPOSED MOTION FOR LEAVE TO APPEAR BEFORE
EN BANC MERITS PANEL

Pursuant to Federal Circuit Rule 47.3(b)(4), petitioners Megan Jackler and Brandon Jaroch respectfully seek leave for attorney Francis Swanson to appear as additional counsel in this en banc matter. The parties do not oppose this motion.

An appropriate appearance form is filed concurrently with this motion.

Respectfully submitted,
*/s/ Francis Swanson*

FRANCIS SWANSON
WASHINGTON LITIGATION GROUP
1717 K STREET, NW, SUITE 1120
WASHINGTON, D.C. 20006
(202) 880-8567