**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

| | |
|---|---|
| MEGAN JACKLER, BRANDON JAROCH,<br>*Petitioners*,<br><br>v.<br><br>MERIT SYSTEMS PROTECTION BOARD,<br>*Respondent*,<br><br>DEPARTMENT OF JUSTICE,<br>*Intervenor*. | No. 26-1575 |

CORRECTED UNOPPOSED MOTION FOR LEAVE TO APPEAR BEFORE *EN BANC* MERITS PANEL AS COUNSEL FOR PETITIONERS

Pursuant to Federal Circuit Rule 47.3(b)(4), Petitioners Megan Jackler and Brandon Jaroch respectfully seek leave for attorney Francis Swanson to appear as additional counsel in this *en banc* matter. An appropriate appearance form is being filed concurrently with this motion. Undersigned counsel has reached out to counsel for Respondent and Intervenor for their positions, and they do not oppose the relief sought in this motion.

Federal Circuit Rule 47.3(b)(4) states that "[c]ounsel seeking to appear for the first time after the case is assigned to a merits panel must file a motion for leave of court to appear." On June 17, 2026, this Court granted initial *en banc* review in this matter, and thus it has been assigned to a merits panel. The Court routinely grants

requests to appear under Federal Circuit Rule 47.3(b)(4). Indeed, on September 1, 2026, this Court granted leave for Mark R. Freeman to appear as counsel for the Department of Justice in this very matter.

This Court should likewise grant undersigned counsel leave to appear for Petitioners. Undersigned counsel began working at Washington Litigation Group, which represents Petitioners, one month ago, after the case was assigned to the *en banc* merits panel. She became a member of this Court's bar on September 16, 2026. She has been an active participant in drafting the forthcoming reply brief, which is due on September 28, 2026.

For the foregoing reasons, Petitioners respectfully request that the Court grant undersigned counsel leave to enter her appearance.

Respectfully submitted,

*/s/ Francis Swanson*
FRANCIS SWANSON
WASHINGTON LITIGATION GROUP
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
(202) 880-8567

*Counsel for Petitioners*

## CERTIFICATE OF INTEREST

Counsel for Petitioners certifies the following pursuant to Federal Circuit Rule 47.4:

1. Represented Entities (Fed. Cir. R. 47.4(a)(1)) – Provide the full names of all entities represented by undersigned counsel in this case.

   **Megan Jackler**
   **Brandon Jaroch**

2. Real Party in Interest (Fed. Cir. R. 47.4(a)(2)) – Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

   **Not Applicable.**

3. Parent Corporations and Stockholders (Fed. Cir. R. 47.4(a)(3)) – Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

   **Not Applicable.**

4. Legal Representatives – List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

   **In addition to the law firms, partners, and associates that have entered an appearance in this Court, Samantha Bateman and Kyle Freeny appeared on the papers in the Merit Systems Protection Board.**

5. Related Cases – Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). *See also* Fed. Cir. R. 47.5(b).

   **Not Applicable.**

6. Organizational Victims and Bankruptcy Cases – Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

**Not Applicable.**

Dated: September 23, 2026

*<u>/s/ Francis Swanson</u>*
Francis Swanson

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation set forth in Fed. R. App. P. 27(d)(2)(A). Excluding the items exempted by Fed. R. App. P. 32(f) and Fed. Cir. R. 32(b)(2), this motion contains 246 words.

I certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6), as incorporated by Fed. R. App. P. 27(d)(1)(E). This motion has been prepared using Microsoft Word for Office 365 in 14-point Times New Roman, a proportionally spaced font.

*/s/ Francis Swanson*
Francis Swanson